■ FRANCES ODRZYWOLSKI, Respondent, v. EDWARD ODRZYWOLSKI, Appellant.— Appeal dismissed, without costs for failure to comply with previous order.

■ ALSCO OF HAMBURG, INC., Respondent, v. MARY KELLY et al., Appellants.— Appeal dismissed for failure to comply with previous order, with $10 motion costs.

■ In the Matter of PUTNAM THEATRICAL CORP., against BENJAMIN M. GINGOLD, as Commissioner (34 Other Similar).— Application to dispense with printing separate records and briefs on appeal and for other relief granted to the extent that by stipulation of the parties the proceedings may be consolidated into one proceeding and the record in such proceeding shall be settled and stipulated by such parties and submitted to this court in the consolidated proceeding.

■ FRANCIS BREWSTER, as President of Local Union No. 5895, United Steel Workers of America, AFL-CIO, Plaintiff, v. FIRST TRUST & DEPOSIT COMPANY et al., Defendants.— Applications for stay or declaration denied. Application to dismiss appeal denied. Memorandum: The filing of the bond did not result in an automatic stay under sections 594 and 615 of the Civil Practice Act. The order appealed from is not an order directing the payment of a sum of money only within the meaning of section 594 and the bond given by the appellants is not a statutory bond within the meaning of that section since the order dealt with payments to be made by the First Trust & Deposit Company, and not by the appellants. This court has previously denied a stay in the exercise of its discretion and that decision is adhered to.

■ In the Matter of the Application for Approval of a Certificate of Extension of the Purposes and Powers of the FRANK H. HISCOCK LEGAL AID SOCIETY, Syracuse, New York.— Certificate of extension approved.

■ ARTHUR E. HAIGHT, Respondent, v. HOWARD L. FOWLER, Appellant.— Motion granted and appeal dismissed, with $10 motion costs.

■ In the Matter of the Estate of CARRIE A. BEACH, Deceased.— Motions, insofar as they seek to dismiss the appeal from the various orders or decrees upon the ground that the respective orders or decrees are not appealable, denied, with leave to renew upon the argument of the appeal. Motions to dismiss appeals for failure to prosecute granted unless record and briefs in each appeal filed and served on or before August 1, 1960. If appeal to be argued at September 1960 Term, respondent's brief must be filed on or before August 26. Appellant's cross motion for an extension of time to perfect appeal denied except as heretofore granted.

■ In the Matter of JAN GONCIARZ et al., Appellants.— Application granted to the extent that appeal may be prosecuted on four typewritten copies of the transcript of the testimony and an original and four typewritten copies of the other papers constituting the record on appeal.

■ AGNES SCHLOOP, Appellant, v. STATE OF NEW YORK, Respondent.— Motion held until September 13, 1960. Claimant's attention is called to *Eagle Contractors of Utica* v. *Black* (5 A D 2d 954).